UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARVIN BROWN,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>MICHELLE RICCI, et al.,<br><br>　　　　Respondents. | Civil No. 09-4773 (FSH)<br><br>**O R D E R** |

　　　Petitioner presented for filing the instant application for writ of habeas corpus pursuant to 28 U.S.C. § 2254 and an Application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915(a).  It appears that:

1.　Based upon Petitioner's affidavit of indigence, he qualifies for in forma pauperis status.

2.　Petitioner did not sign or date his petition.  According to Rule 2(c)(5) of the Rules Governing Section 2254 Cases, the petition must "be signed under penalty of perjury by the petitioner or by a person authorized to sign it for the petitioner under 28 U.S.C. § 2242."

　　　THEREFORE,

　　　IT IS on this 22nd day of January, 2010,

　　　**ORDERED** that Petitioner's application to proceed in forma pauperis is hereby granted; and it is further

　　　**ORDERED** that the Clerk of the Court shall mail to Petitioner a copy of his unsigned Petition for a Writ of Habeas Corpus;

Petitioner must sign and date the petition, and return it to the Clerk of the Court within 45 days of the date of entry of this Order; if Petitioner does not return a signed Petition, the instant case will be deemed withdrawn.

S/ Faith S. Hochberg<br>
FAITH S. HOCHBERG<br>
United States District Judge